## MODDHA INTERACTIVE, INC., Plaintiff–Appellant

v.

## PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, Defendant–Appellee

Philips Electronics North America, Inc, Does 1–20, Inclusive, Defendants

2015–2048

United States Court of Appeals, Federal Circuit.

June 13, 2016

RANDALL KEITH SCHMITT, McCorriston Miller Mukai MacKinnon, LLP, Honolulu, HI, argued for plaintiff-appellant. Also represented by JESSICA M. WAN.

BRIAN ROSENTHAL, Mayer Brown LLP, Washington, DC, argued for defendant-appellee. Also represented by ALAN M.

GRIMALDI, BRIAN ANDREA, PAUL WHITFIELD HUGHES; KYLE E. FRIESEN, Houston, TX.

## JUDGMENT

Per Curiam (Prost, Chief Judge, O'Malley and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**